UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 98-08089-CR-HURLEY

UNITED STATES OF AMERICA,
    Plaintiff,

v.

DANIEL HUTCHINSON,
    Defendant.
_____/

## JUDGMENT & COMMITMENT ORDER UPON REVOCATION OF SUPERVISED RELEASE

**THIS CAUSE** was before the court for sentencing on May 1, 2008. The defendant in the above captioned case, having been placed on supervised release pursuant to the Sentencing Reform Act of 1984 and Acts Amendatory thereof, admitted to violating the conditions of supervision to a United States Magistrate Judge. For that reason and the reasons stated on the record, it is

**ORDERED** and **ADJUDGED** that:

    1. The term and conditions of supervised release are **revoked** and the defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **1 year and 1 day.** *(The court recommend the term of imprisonment be served at a facility in South Florida.)*

    2. Upon release from imprisonment, the defendant shall be placed on supervised release for a term of **1 year 11 months and 28 days.** While on supervised release, the defendant shall not commit another federal, state or local crime. The defendant shall be prohibited from possessing a

firearm or other dangerous devices, and shall not possess a controlled substance. In addition, the defendant shall comply with the standard conditions of supervised release as recommended by the United States Sentencing Commission and the special conditions previous imposed.

      **DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this _1st_ day of May, 2008.

**copy furnished**:
AUSA Karen L. Atkinson
AFPD Robert E. Adler
U.S. Marshal Service
U.S. Probation Office, West Palm Beach, FL

                                        Daniel T. K. Hurley
                                    United States District Judge